

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN THE INTEREST OF | § | No. 08-13-00284-CV |
| | § | |
| A.U., G.U., AND F.U., | | Appeal from the |
| | § | |
| ADULT CHILDREN. | | 388th District Court |
| | § | |
| | | of El Paso County, Texas |
| | § | |
| | | (TC# 2003CM2325) |
| | § | |
| | § | |

## MEMORANDUM OPINION

Pending before the Court is a motion filed by Appellant, Juan Uribe, to dismiss the appeal pursuant to TEX.R.APP.P. 42.1(a)(2) because the parties have entered into an agreement which has resolved all matters in controversy between them. We grant the motion and dismiss the appeal. Costs of the appeal are taxed against Appellant. TEX.R.APP.P. 42.1(d).


GUADALUPE RIVERA, Justice

August 27, 2014

Before McClure, C.J., Rivera, and Rodriguez, JJ.